UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAINE STAR D.,<br><br>                                    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>                                    Defendant. | Case No.:  3:25-cv-01162-AHG<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING**<br><br>**[ECF No. 17]** |

Before the Court is the parties' Joint Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"). ECF No. 17. The parties jointly request that the Court award Plaintiff attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $9,500.00. *Id.*

Under the EAJA, a litigant is entitled to attorney fees and costs if: "(1) he is the prevailing party; (2) the government fails to show that its position was substantially justified or that special circumstances make an award unjust; and (3) the requested fees and costs are reasonable." *Carbonell v. I.N.S.*, 429 F.3d 894, 898 (9th Cir. 2005). To assess whether the requested fees are reasonable, the Court evaluates the hourly rates sought and the number of hours expended. *See, e.g.*, *Beatriz B. v. Saul*, No. 19cv785-AHG, 2020 WL

1

5203371, at *2–*3 (S.D. Cal. Sept. 1, 2020); *Ulugalu v. Berryhill*, No. 17cv1087-GPC-JLB, 2018 WL 2012330, at *3–*4 (S.D. Cal. Apr. 30, 2018).

The parties have not provided sufficient information for the Court to evaluate the reasonableness of the requested EAJA award. Specifically, the Joint Stipulation does not include a billing statement, information regarding the number of hours billed, the hourly rates requested, or the qualifications and experience of the attorneys and paralegals whose time is included in the requested award. Because this information is necessary for the Court to assess the reasonableness of the requested fees, the Court requires additional information before ruling on the Joint Stipulation.

Accordingly, the Court **ORDERS** the parties to file a Joint Supplemental Brief no later than **June 24, 2026**. The Joint Supplemental Brief shall include:

(1) The names, qualifications, experience, and hourly billing rates of all attorneys and paralegals whose time forms the basis of the requested EAJA award;

(2) A billing statement or itemization of time reflecting the dates worked, time expended, attorney or paralegal designation, description of work performed, and total hours claimed; and

(3) Any additional information the parties believe supports the reasonableness of the requested EAJA award of $9,500.00, including a copy of any assignment agreement referenced in the Joint Stipulation.

**IT IS SO ORDERED**.

Dated: June 17, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge

2

3:25-cv-01162-AHG